# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPERANZA MARCHBANKS,<br><br>          Plaintiff,<br>     v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration,<br><br>          Defendant. | No. CV 13-1778-AS<br><br>**JUDGMENT** |

     IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: November 4, 2014.

                                   /s/ _____
                                   ALKA SAGAR
                                   UNITED STATES MAGISTRATE JUDGE

1